HON. MARY A. THEILER

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> BREIR-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual, <br><br> Defendants. | NO: 2:16-cv-00922 MAT <br><br> **ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES** |

Defendants Breier-Scheetz Properties, LLC and Frederick B. Scheetz answer Plaintiff's Complaint for Damages and Equitable Relief (Complaint) as follows:

**NATURE OF ACTION**

The paragraph of the Complaint titled "Nature of Action" does not contain factual allegations that require an answer. To the extent an answer is required Defendants admit that the Complaint

ANSWER
(2:16-cv-00922 MAT)                    - Page 1 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

purports to challenge Defendants' alleged actions under 42 U.S.C. §3601 *et seq.*, RCW 49.69 *et seq.*, and the Seattle Municipal Code 14.08, *et seq.*

## JURISDICTION AND VENUE

2.1  At this time, Defendants admit that the Court has subject matter jurisdiction, but reserve the right to challenge the Court's supplemental jurisdiction over Plaintiff's state and municipal law claims.

2.2  Defendants admit that the Court has personal jurisdiction over Defendant Brier-Scheetz Properties, LLC, but deny the remainder of the paragraph.

2.3  Defendants admit that venue is proper in the Western District of Washington.

## PARTIES

3.1  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

3.2  Defendants admit the factual allegations in this paragraph.

3.3  Defendants admit the factual allegations in this paragraph.

## FACTUAL ALLEGATIONS

4.1  Defendants admit the factual allegations in this paragraph.

4.2  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.3  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.4  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

ANSWER
(2:16-cv-00922 MAT)   - Page 2 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

4.5  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.6  Defendants admit that on November 6, 2012, Joanne Huth was a residential property manager at the Granada Apartments.  Defendants lack sufficient knowledge and information regarding the truth or falsity of the remaining factual allegations in this paragraph and, therefore, deny the same.

4.7  Defendants admit that on November 6, 2012, Gary Huth was a residential property manager at the Granada Apartments.  Defendants lack sufficient knowledge and information regarding the truth or falsity of the remaining factual allegations in this paragraph and, therefore, deny the same.

4.8  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.9  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.10  Defendants admit the factual allegations in this paragraph.

4.11  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.12  Defendants admit that SOCR interviewed Defendant Frederick Breier-Scheetz on January 6, 2015.  Defendants further admit that they have a policy of renting studio apartments at the Granada Apartments to no more than one person for occupancy by that person.  Defendants admit that during the interview referenced above Defendant Frederick Breier-Scheetz gave three reasons for that policy:  (1) "it is a simple policy and it keeps things simple"; (2)  "single persons stay longer"; and (3) a single tenant results in less wear and tear on the studio apartments.  Defendants admit that Frederick

ANSWER
(2:16-cv-00922 MAT)                                  - Page 3 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

Breier-Scheetz instructed Joanne Huth and Gary Huth that his policy was to rent studio apartments at the Granada Apartments to no more than one person for occupancy by that person.

4.13  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.14  Defendants lack sufficient knowledge and information regarding the truth or falsity of the factual allegations in this paragraph and, therefore, deny the same.

4.15  Defendants admit the factual allegations in this paragraph.

4.16  Defendants deny the allegations in the first sentence of this paragraph.  Defendants deny that the factual allegations in the second sentence of this paragraph accurately represent the test for liability under fair housing laws.

4.17  Defendants admit the factual allegations in this paragraph.

4.18  Defendants deny the factual allegations in the first sentence of this paragraph. Defendants admit the factual allegations in the second paragraph of this paragraph.  Defendants admit that Ex. A is a copy of the U.S. Supreme Court's decision in *Texas Dep't of Housing and Community Affairs v. Inclusive Communities Project, Inc.*, ___ U.S. ___, 135 S. Ct. 2507, 192 L. Ed.2d 514 (2015).

4.19  Defendants deny the factual allegations in this paragraph.

4.20  Defendants admit that on December 18, 2015, the SOCR concluded that sufficient evidence showed that Defendants' one-person policy for studio apartments violated the Fair Housing Act's and the SMC's prohibition against discrimination based on familial status.  Defendants deny the remainder of this paragraph.

## DAMAGES

5.1  Defendants deny the factual allegations in this paragraph.

ANSWER
(2:16-cv-00922 MAT)                         - Page 4 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

5.2  Defendants deny the factual allegations in this paragraph.

## CLAIMS

### A.  Violation of the Fair Housing Act

6.1  Defendants deny the allegations in this paragraph.

6.2  Defendants deny the allegations in this paragraph.

6.3  Defendants deny the allegations in this paragraph.

6.4  Defendants deny the allegations in this paragraph.

6.5  Defendants deny the allegations in this paragraph.

### B.  Violation of Washington's Law Against Discrimination

6.6  Defendants deny the allegations in this paragraph.

6.7  Defendants deny the allegations in this paragraph.

6.8  Defendants deny the allegations in this paragraph.

6.9  Defendants deny the allegations in this paragraph.

### C. Violations of the Seattle Municipal Code

6.10  Defendants deny the allegations in this paragraph.

6.11  Defendants deny the allegations in this paragraph.

6.12  Defendants deny the allegations in this paragraph.

6.13  Defendants deny the allegations in this paragraph.

## INJUNCTION ALLEGATIONS

7.1  Defendants deny the allegations in this paragraph.

## REQUEST FOR RELIEF

This portion of the Complaint contains conclusions of law to which no answer is required.  To the extent an answer is required, Defendants deny.

ANSWER
(2:16-cv-00922 MAT)                      - Page 5 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

**GENERAL DENIAL**

Defendants deny every allegation in the Complaint not specifically admitted in the Answer.

**AFFIRMATIVE DEFENSES**

Defendants state that the Complaint should be dismissed in whole or in part based on the following affirmative defenses:

1. Plaintiff fails to state a claim upon which relief can be granted.

2. The Court should decline to exercise supplemental jurisdiction over Plaintiff's state and municipal law claims in accordance with 28 U.S.C. § 1367(c).

3. Plaintiff has failed to mitigate its alleged damages.

4. Insufficient service of process as to Frederick B. Scheetz.

Further, Defendants specifically reserve the right to amend their its answer by way of adding additional parties, affirmative defenses, counterclaims, cross-claims, and third-party claims, as additional investigation, discovery or circumstances may warrant.

**REQUEST FOR RELIEF**

Defendants request the following relief:

1. Dismissal of Plaintiff's claims with prejudice;

2. An award of costs and attorney's fees to Defendants;

3. Such other relief that the Court determines is appropriate.

Dated this 7th day of July 2016.

GEORGE T. HUNTER ATTORNEY AT LAW

ANSWER
(2:16-cv-00922 MAT) - Page 6 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

1
2
3
4
5

By: s/*George T. Hunter*
    George T. Hunter
    WSBA No. 14388
    5900 48th Ave. South
    Seattle, WA 98118
    Phone:  206.851.7700
    Email:  gthunter7700@gmail.com

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ANSWER
(2:16-cv-00922 MAT)                           - Page 7 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

**CERTIFICATE OF SERVICE**

1
2   I hereby certify that on July 7, 2016, I electronically filed the foregoing with the Clerk of

3   the Court using the CM/ECF system which will send notification of such filing to the following:

4   Jesse Wing
    WSBA No. 27751
5   701 Second Avenue, Suite 1500
    Seattle, WA 98104
6   Phone:  206.622.1604
    FAX:  206.343.3961
7   Email:  JesseW@MHB.com

8
    Angela Galloway
9   WSBA No. 45330
    701 Second Avenue, Suite 1500
10  Seattle, WA 98104
    Phone:  206.622.1604
11  FAX:  206.343.3961
    Email:  AngelaG@MHB.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25

ANSWER
(2:16-cv-00922 MAT)                            - Page 8 of 8

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700