UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>                Plaintiff,<br><br>   v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, et al.,<br><br>                Defendants. | C16-922 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' motion to dismiss, docket no. 16, is DENIED. Plaintiff's complaint, alleging a facially neutral occupancy restriction that has a "disproportionate adverse impact on families," *see* Complaint at ¶ 4.16 (docket no. 1), alleges a plausible claim under the Fair Housing Act, 42 U.S.C. § 3604.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of January, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1