UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, et al.,<br><br>　　　　　　Defendants. | C16-922 TSZ<br><br>MINUTE ORDER |

　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　(1)　Defendants' motion to strike, docket no. 33, the report and testimony of Dr. Avery Guest, docket no. 20, is DENIED. It is denied because plaintiff filed their motion for summary judgment, which disclosed Dr. Guest, prior to the date required to disclose expert testimony.

　　　(2)　Plaintiff's counter-motion for summary judgment, docket no. 17, is RENOTED to March 31, 2017, to allow defendants an opportunity to take the deposition of Dr. Guest and to file a supplemental response to plaintiff's counter-motion for summary judgment. Defendants' supplemental response shall be due on March 27, 2017, and may not exceed 12 pages. Plaintiff may file a supplemental reply on or before the new noting date, which may not exceed 6 pages.

　　　(3)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　Dated this 3rd day of February, 2017.

　　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Karen Dews
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1