HON. THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br>　　　　Plaintiff,<br><br>v.<br><br>BRE~~I~~ER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>　　　　Defendants. | NO: 2:16-cv-00922 TSZ<br><br>**DECLARATION OF FREDERICK SCHEETZ** |

Frederick Scheetz states as follows:

1. I am over the age of eighteen years, am competent to testify about and have knowledge of the factual matters addressed below.

2. I am one of three owners and managers of Breier Scheetz Properties, LLC which owns the Granada Apartments located on Capitol Hill. The apartments comprise ninety-six units, of which

SCHEETZ DECLARATION
(2:16-cv-00922 TSZ)　　　　- Page 1 of 2

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

1  ~~sixty-three are studios and thirty-three are one bedroom~~. Fifty-seven are 425# studios. Six are 560# studios. Thirty-three are one bedrooms. JBS  The one bedroom apartments* have housed
2  families with children. *and the 560# studios JBS

3. The apartments have never had an occupancy policy that bars families with children from renting one bedroom units. Nor have I ever made discriminatory statements about children or families with children; adopted rules governing the use of common facilities that discriminate against children or families with children, or discouraged families with children from living in the Granada Apartments or enforced the occupancy policy only against families with children.

4. The building that houses the 96 units that make up the Granada Apartments has one electric meter, one water meter, and one gas meter for the entire building.  Tenants at the Granada Apartments do not pay for water, electricity or gas separately as those items are included in the rent which does not vary month to month.  The current billing system reflects the occupancy characteristics of the building and has generated no complaints from tenants.  Elimination of the occupancy rule for the studio apartments would necessarily JBS change the composition of the population of persons who rent studio apartments, ~~irrespective of~~ regardless whatever JBS the resulting percentages of single individuals, families with children, or other multi-person households who might occupy those units, might be. JBS  I am aware that Seattle housing codes would allow as many as six persons to occupy some of the studio apartments at the Granada Apartments.  In order to ensure a fair system of billing for the use of utilities in the building, it would be necessary  to install a new metering system for ~~the~~ each unit.  Such changes would be prohibitively costly. JBS  I do not have an estimate of the cost for doing so,* but the building was built in 1922 and a change of such magnitude could well necessitate JBS ~~the current single meter system for measuring the consumption~~ of a vacation of the building to achieve intended results JBS ~~utilities is reflective of the building's original single-meter~~ system.  The possibility that the Granada Apartments would have to accommodate up  to six persons in some portion of its studio apartments would necessitate having to modify the current single meter system.  Otherwise,  the current pro rata system would allow studio units with, for example, two, up to as many as six, persons to free ride on *or how it would be achieved. JBS

SCHEETZ DECLARATION
(2:16-cv-00922 TSZ)     - Page 2 of 2

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

the payments of units occupied by, for example, one person.  In order to prevent that circumstance from occurring it would be necessary to retrofit the building with 96 meters to measure individual unit consumption of utilities.

6. The studio apartments have no separate closets for clothing and other personal items. However there is some space in the area where a full size Murphy bed is stored. The livable space in the studio apartment is approximately 11 feet wide and 15 feet long when the bed is stored. When deployed the bed occupies space equal to a full size bed with the practical effect being insufficient space for another bed.

7. The Granada Apartments has [FBS] parking spaces for twenty cars. The spaces are limited to [FBS] tenants who occupy one bedroom apartments.

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that foregoing is true and correct.

Seattle March 27, 2017     _Frederick B Scheetz_
Place and date signed      Frederick Scheetz

SCHEETZ DECLARATION
(2:16-cv-00922 TSZ)      - Page 3 of 2

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700