Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>Defendants. | No. 2:16-cv-00922-TSZ<br><br>DECLARATION OF LAUREN WALKER LEE IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF |

I, Lauren Walker Lee, declare as follows:

1. I am the executive director of the Fair Housing Center of Washington (FHCW), Plaintiff herein. I am over the age of 18, and am competent to testify.

2. FHCW is a non-profit corporation organized under the laws of the state of Washington, which has its principal place of business at 1517 S. Fawcett, Suite 250, Tacoma, Washington, 98402. The Center was formerly known as the Fair Housing Center of South Puget Sound.

3. The FHCW's mission is to identify and eliminate discriminatory housing practices and to ensure equal housing is available to persons who belong to all federal, state and local protected classes, including familial status.

DECLARATION OF LAUREN WALKER LEE IN SUPPORT OF
MOTION FOR INJUNCTIVE RELIEF - 1

No. 2:16-cv-00922-MAT
10017.04 kf016701

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

4. To achieve this mission, the FHCW provides an array of programs and services designed to eliminate housing discrimination through counseling, education, advocacy, research, and enforcement of fair housing laws. FHCW services and programs include:

a) assistance and advocacy on behalf of discrimination victims;

b) counseling and referral services regarding discrimination;

c) public education regarding discriminatory practices, remedies available, and federal, state, and local fair housing laws;

d) leadership on fair housing planning for Washington state entitlement jurisdictions in completing required HUD analyses and assessments;

e) regular participation in group meetings, workshops, conferences, and other events designed to promote and ensure compliance with fair housing laws;

f) assistance for governmental entities in meeting their fair housing obligations;

g) service on various community and governmental boards designed to promote and ensure compliance with fair housing laws;

h) investigation and testing of potential housing discrimination; and

i) legal action, as necessary, and monitoring and compliance with court orders and consent decrees on fair housing.

5. We have extensive experience in these activities. For example, since 1995, the Center's pool of trained testers has conducted approximate 3,000 rental, sales, and mortgage lending tests in Western and Central Washington. For years, in addition to conducting our own tests, we conduct tests at the request of public agencies that investigate housing and lending discrimination. FHCW charges $700 per test and per training.

6. An example of litigation that we brought to vindicate fair housing rights is a disability discrimination class action, *Nevels v. W. World Ins. Co.*, 359 F. Supp.2d 1110 (W.D. Wash. 2004).

DECLARATION OF LAUREN WALKER LEE IN SUPPORT OF
MOTION FOR INJUNCTIVE RELIEF - 2

No. 2:16-cv-00922-MAT
10017.04 kf016701

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

7. Under its former name, the Center was responsible for ensuring that a landlord complied with a five-year Consent Decree entered by this Court in a familial status and race discrimination case, *Hubley v. CIC Corp.*, CV 02-5566 (W.D. Wash. 2005).

I declare under penalty of perjury of the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 2nd day of June, 2017, at Tacoma, Washington.

*Lauren Walker Lee*
Lauren Walker Lee

DECLARATION OF LAUREN WALKER LEE IN SUPPORT OF
MOTION FOR INJUNCTIVE RELIEF - 3

No. 2:16-cv-00922-MAT
10017.04 kf016701

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled **Declaration of Lauren Walker Lee in Support of Motion for Injunctive Relief** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

Counsel for Defendants

George T. Hunter, WSBA # 14388
5900 48th Ave S
Seattle, WA 98118
Telephone: 206-851-7700
Email: gthunter7700@gmail.com

DATED this 2nd day of June, 2017, at Seattle, Washington.

_____
Esmeralda Valenzuela, Legal Assistant

DECLARATION OF LAUREN WALKER LEE IN SUPPORT OF
MOTION FOR INJUNCTIVE RELIEF - 4

No. 2:16-cv-00922-MAT
10017.04 kf016701

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961