HON. THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>BREIR-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>        Defendants. | NO: 2:16-cv-00922 TSZ<br><br>**DECLARATION OF GEORGE HUNTER IN SUPPORT OF DEFENDANTS' RESPONSE REGARDING INJUNCTIVE RELIEF** |

George Hunter states as follows:

1. I am the attorney of record for the defendants in the above-captioned lawsuit and have personal knowledge of the factual matters addressed in this declaration.

2. On the afternoon of April 19, 2017, I was present when FHCW's counsel and two associates inspected one of the subject 425 sq. ft. apartments, Apartment 501, at the Granada Apartments in Seattle, WA. I observed FCHW's counsel and his associates take measurements inside that apartment

HUNTER DECLARATON
(2:16-cv-00922 TSZ)     - Page 1 of 2

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated this 15th day of June 2017 at Seattle, WA          By: *George T. Hunter*
                                                                                                       George T. Hunter

HUNTER DECLARATON
(2:16-cv-00922 TSZ)          - Page 2 of 2

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700