UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAIR HOUSING CENTER of WASHINGTON,

          Plaintiff,

v.

BREIER-SCHEETZ PROPERTIES, LLC,

          Defendant.

C16-922-TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Due to the Court's schedule, and in light of the parties agreement, the Court issues the following amended schedule:

| | |
|---|---|
| **BENCH TRIAL** set for | September 18, 2017, at 9:00 AM |
| **Pretrial Order** due by | September 1, 2017 |
| **Trial Briefs** to be submitted by | September 1, 2017 |
| **Proposed Findings of Fact and Conclusions of Law** due by | September 1, 2017 |
| **Pretrial Conference** set for | September 8, 2017, at 1:30 PM |

MINUTE ORDER - 1

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 14, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 14th day of July, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk