Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>Defendants. | No. 2:16-cv-00922-MAT<br><br>DECLARATION OF MICHAEL C. SUBIT IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

I, MICHAEL C. SUBIT, states as follows, based on personal knowledge:

1. I am a partner at the law firm of Frank Freed Subit & Thomas LLP, 705 Second Avenue, Suite 1200, Seattle, Washington.

2. I have been licensed to practice law since my admission to the California State Bar in 1990. I became a member of the Washington State Bar in 1999. I am also licensed to practice in the District of Columbia.

3. I graduated from Yale University, *summa cum laude*, in 1987. I graduated with honors from Stanford Law School in 1990, where I was a member of the Law Review.

4. I was a law clerk to United States District Judge William Wayne Justice of the United States District Court for the Eastern District of Texas and to Judge Stephen Reinhardt of the United States Court of Appeals for the Ninth Circuit. While working with those judges, I

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS - 1
No. 2:16-cv-00922-MAT

10017.04 ki288501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

became well acquainted with the governing standards for attorneys' fees petitions in civil rights and employment cases.

5. I have been practicing employment law full time since 1993. During my practice, I have been counsel of record on behalf of numerous individual clients and entities in employment, and other types of, cases before the state courts of Washington, California, Maryland, and the District of Columbia; the U.S. District Courts for the Western and Eastern Districts of Washington, Central District of California, Maryland, and Eastern District of Virginia; and the U.S. Court of Appeals for the Fourth, Sixth, and Ninth Circuits.

6. I have prepared and submitted petitions for attorneys' fees in civil rights and employment cases, which the court has approved.

7. I have spoken at numerous Continuing Legal Education classes in Washington and throughout the country. I am a member of the Washington Employment Lawyers Association (WELA) and National Employment Lawyers Association (NELA). I am the former employee co-chair of the EEO Committee of the American Bar Association's Section of Labor & Employment Law.

8. I have been named a Washington SuperLawyer in the area of Labor & Employment for each of the past 16 years, and been repeatedly named one of the top 100 SuperLawyers in the state.

9. I am also listed in *Best Lawyers in America*. That publication named me "Lawyer of the Year" for the Puget Sound region for labor law for 2015 and for individual employment law for 2016 and 2018.

10. In 2013 I was elected to the College of Labor and Employment Lawyers, in my first year of eligibility.

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS - 2
No. 2:16-cv-00922-MAT

10017.04 ki288501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

11. My current hourly rate is $550 in non-class cases. That has been my hourly rate for approximately one year.

12. I have worked and consulted with many other plaintiffs' attorneys through whom I became familiar with the usual and customary fees for experienced attorneys in the Seattle area in the areas of labor, employment, and civil rights.

13. I am personally familiar with the legal work of Jesse Wing. Jesse is an exceptional attorney. I understand that Jesse's standard hourly rate is $500. That is well within the range of customary rates charged by plaintiffs' civil rights attorneys in the Seattle areas with similar experience and expertise.

14. I know, but am not personally familiar with the legal work of, Angela Galloway. I understand her hourly rate is $325. That is well within the range of customary rates charged by plaintiffs' civil rights attorneys in the Seattle areas with similar experience.

15. I personally familiar with the legal work of Sam Kramer. I understand his hourly rate is $275. That is well within the range of customary rates charged by plaintiffs' civil rights attorneys in the Seattle areas with similar experience.

I declare under penalty of perjury of the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 29th day of September 2017 at Seattle, Washington.

By: */s/ Michael C. Subit*
Michael C. Subit, WSBA # 29189

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS - 3
No. 2:16-cv-00922-MAT

10017.04 ki288501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Counsel for Defendants</u>

George T. Hunter, WSBA # 14388
5900 48th Ave S
Seattle, WA 98118
Telephone: 206-851-7700
Email: gthunter7700@gmail.com

DATED this 9th day of October 2017, at Seattle, Washington.

_____
Esmeralda Valenzuela, Legal Assistant

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES AND COSTS - 4
No. 2:16-cv-00922-MAT
10017.04 ki288501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961