Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>Defendants. | No. 2:16-cv-00922-MAT<br><br>DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS |

I, Victoria L. Vreeland, hereby state and declare as follows:

1. I am over the age of eighteen (18), and am competent to make this Declaration, which is based upon personal knowledge.

2. I have no financial interest in this case or with counsel for any party, and have no commercial or business relationship with any party or counsel. I have been engaged by the law firm of MacDonald Hoague & Bayless to form and offer my opinions as to the reasonableness of the hourly rates charged by attorneys Jesse Wing, Angela Galloway and Sam Kramer of that firm in this case. My hourly rate for such work is at my standard hourly rate of $500/hour.

3. The opinions expressed herein are based upon my personal qualifications, knowledge and experience, my knowledge of rates generally charged in employment cases in this state, case law, and my professional knowledge of the skills, ability, reputation and

DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES
IN SUPPORT OF PLAINTIFF'S MOTION - 1

No. 2:16-cv-00922-MAT
10017.04 kj098501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

experience of the plaintiff's counsel in this case. The opinions expressed herein are on a more probable than not basis, and reflect my professional opinions.

**Qualifications and Experience**

4. I am an attorney licensed to practice in Washington since 1976, and a member in good standing of the Washington State Bar Association. I am also admitted in the Western and Eastern Districts of Washington, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court. I graduated from Gonzaga University School of Law *summa cum laude* in 1976, and served for two years as a judicial law clerk with Judge Dale M. Green of Division III of the Washington State Court of Appeals. Since then, I have been continuously engaged in the practice of law for thirty-nine (39) years as a trial lawyer. I served as an Assistant Attorney General for the State of Washington in the Consumer Protection & Anti-Trust Division in Seattle, and then as the chief Assistant Attorney General for the Crime Victims Compensation Division of the Washington Department of Labor & Industries. I joined the Seattle office of Gordon Thomas Honeywell in mid-1983, and became a full partner in 1985. In 2011, I formed my own firm, Vreeland Law PLLC, where I have continued in the full-time practice of law to the present.

5. In my practice, I have served as a trial lawyer representing private individuals, large and small business enterprises, corporations, health carriers, banks, mortgage and insurance companies, partnerships, government officials and agencies, and non-profit associations. I have been lead counsel in cases in both state and federal trial courts and appellate courts, bankruptcy courts, administrative agencies and hearing boards, including both federal districts of Washington in all locales, and the superior courts of King, Pierce, Thurston, Clark, Grays Harbor, Jefferson, Mason, Snohomish, Skagit, Spokane, Kittitas, Kitsap, Benton, Yakima, and

DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES
IN SUPPORT OF PLAINTIFF'S MOTION - 2

No. 2:16-cv-00922-MAT
10017.04 kj098501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

Okanogan counties. I have also been admitted *pro hac vice* in the states of Idaho and Alaska on individual cases.

6. I have served as lead counsel in cases in the areas of employment and civil rights litigation, corporate and commercial claims, real estate, creditor and banking, sexual coercion and abuse, insurance coverage and defense, professional negligence, fraud, consumer protection, asbestosis, and personal injury. I have been a Special Assistant Attorney General for the Office of Insurance Commissioner since 1993, representing the Commissioner as Receiver of insolvent insurers in both state and federal courts in complex commercial litigation arising in insurer receiverships. I am currently a Special Assistant Attorney General representing the judges of the Superior Court of Okanogan County.

7. I recently served as President-Elect and President of the Washington State Association for Justice (formerly Washington State Trial Lawyers Association) in 2015-2017, and on the WSBA Labor & Employment Executive Committee. I served as a Governor on the Washington State Bar Association Board, served on the Bar's Disciplinary Board, as Special Counsel in disciplinary matters, and on the boards and task forces for several other professional organizations. I am a member of the King County Bar Association, Washington State Association for Justice, the American Association for Justice, the Federal Bar Association, National Employment Lawyers Association, Washington Employment Lawyers Association, American Bar Foundation, National Trial Lawyers, Damage Attorneys Round Table, Washington Women Lawyers, Legal Voice (formerly Northwest Women's Law Center), and the American Bar Association having served as a Vice-Chair of the Employer-Employee Relations Committee for several years.

DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES
IN SUPPORT OF PLAINTIFF'S MOTION - 3

No. 2:16-cv-00922-MAT
10017.04 kj098501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

8. For at least the past twenty-four (24) years, my practice has emphasized the representation of individual plaintiffs with claims arising in the employment relationship. From 2004-08, I was Vice Chair of the Washington Employment Lawyers Association and from 2008 – 2012, I served as Chair. I am one of the authors of the *WSAJ Employment Law Deskbook*. I enjoy a strong, good professional reputation in the civil rights/discrimination employment area of practice, and have several reported appellate cases. I have frequently been a writer and speaker at continuing legal education seminars in Washington and in other states, including programs for WELA, WSAJ, NELA and the ABA. I have also provided expert review and opinion for other attorneys in cases in federal court, and in Skagit, Pierce, King and Spokane counties as to the reasonableness of fees, costs, and legal services performed in employment cases.

9. In 2007, I was recognized by my peers and selected as *Trial Lawyer of the Year* by the Washington State Trial Lawyers Association; and have been named in *Best Lawyers in America* in 2009 – present, as a *Superlawyer* in *Washington Law & Politics* each year since 2002 including named in the Top 50 women lawyers in Washington, and am rated "AV Preeminent" by Martindale-Hubbell. I have written and presented at over fifty-nine (59) continuing legal education programs on litigation, trial practice and employment discrimination law.

10. I have been asked to provide my opinion regarding the reasonableness of the hourly rates charged by the plaintiff's attorneys in this case.

11. It is my opinion that the standard hourly rates requested on behalf of the plaintiff in this case as set out in the Declaration of Jesse Wing, lead counsel in the case, are quite reasonable. In my opinion, Mr. Wing's rate is slightly below current prevailing market rates for legal services for persons of similar skill and experience for this type of case. I am familiar in general, and in many cases quite specifically, with the hourly rates charged by lawyers in this

DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES
IN SUPPORT OF PLAINTIFF'S MOTION - 4

No. 2:16-cv-00922-MAT
10017.04 kj098501

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

field in the King County area and the state of Washington. This knowledge is based upon my professional contacts and involvement, and keeping up-to-date on case decisions and fee awards by various courts, and my current and prior review and research on prevailing market rates.

12. My opinions are based upon *current* reasonable attorney's fee rates for all work performed. Current rates are recognized as proper for lodestar calculations where the legal work has been performed over a period of years, and is, in part, to compensate for the delay in payment. *See, e.g. Missouri v. Jenkins*, 491 U.S. 274, 283 (1989); *Bouman v. Block*, 940 F.2d 1211, 1235, *cert. denied,* 502 U.S. 1005 (1991).

13. The Declaration of Jesse Wing states that the hourly rate for Sam Kramer is $275/hour and Angela Galloway is $325/hour. Since at least 2000, I have periodically obtained salary/compensation information from large, small and medium firms for setting and adjusting compensation for associate and contract lawyers for my own firm(s), in preparing fee petitions in my own cases, and in expressing opinions on the reasonableness of rates in numerous cases. In my opinion, the rate charged for Mr. Kramer, given his experience and qualifications, is quite proper at $275/hour, and well within the current rates for lawyers with similar credentials. The rate charge for Ms. Galloway at $325 appears to be rather low for her experience and qualifications. It is my opinion that the most reasonable hourly rate range for Ms. Galloway is between $350-400/hour.

14. The Declaration of Jesse Wing states his hourly rate is $500/hour. Given his experience and qualifications, particularly in the more refined area of federal fair housing claims, the rate of $500/hour is lower than the current market rates generally charged by lawyers of similar experience in this district. Mr. Wing is a highly sought after, experienced attorney in the area of discrimination, fair housing, and civil rights claims. He enjoys a very strong and good

DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES
IN SUPPORT OF PLAINTIFF'S MOTION - 5

No. 2:16-cv-00922-MAT
10017.04 kj098501

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

reputation professionally. In addition to my general knowledge professionally of Mr. Wing's credentials and abilities, I have direct knowledge of his work ethic and work product, having served as a mediator in the past in a rather complex fair housing case with varying insurance coverages, in which Mr. Wing represented a large number of diverse tenants. In this area of practice, Mr. Wing occupies a position among the top level of attorneys in this state. I have observed that he is diligent, professional, thoughtful and efficient in his work. Reasonable prevailing rates for similar lawyers of his caliber in fair housing cases are in the range of up to $600-650/hour. His rate at $500/hour, which has not increased for several years, is eminently reasonable.

15. I have spent 1.5 hours reviewing the plaintiff's support for its fee petition as hourly rates, reviewing pertinent pleadings and information in other cases, and forming my opinions and drafting this Declaration. My hourly rate is $550 for this type of work.

The above is true and correct to the best of my knowledge and belief, and is made under penalty of perjury of the laws of the State of Washington.

DATED this 9th day of October, 2017, at Bellevue, Washington.

/s/ Victoria L. Vreeland
Victoria L. Vreeland, WSBA No. 08046

DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES
IN SUPPORT OF PLAINTIFF'S MOTION - 6

No. 2:16-cv-00922-MAT
10017.04 kj098501

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Counsel for Defendants</u>

George T. Hunter, WSBA # 14388
5900 48th Ave S
Seattle, WA 98118
Telephone: 206-851-7700
Email: gthunter7700@gmail.com

DATED this 9th day of October, 2017, at Seattle, Washington.

*/s/ Esmeralda Valenzuela*
Esmeralda Valenzuela, Legal Assistant

DECLARATION OF VICTORIA L. VREELAND RE HOURLY RATES
IN SUPPORT OF PLAINTIFF'S MOTION - 7

No. 2:16-cv-00922-MAT
10017.04 kj098501

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961