Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>Defendants. | No. 2:16-cv-00922-MAT<br><br>REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS<br><br>NOTE ON MOTION CALENDAR:<br>**Friday, October 27, 2017** |

Defendants have filed no objection to the Fair Housing Center of Washington's motion for attorney fees and costs. As a result, it has waived any objection and effectively conceded that they are reasonable as requested. In conducting its own independent evaluation, the Court should find that the Plaintiff's requested costs and fees, including the multiplier, are well-supported and reasonable.

DATED this 27th day of October, 2017.

MacDONALD HOAGUE & BAYLESS

By: *s/ Jesse Wing*
Jesse Wing, WSBA #27751
JesseW@MHB.com
Attorneys for Plaintiff

REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S
FEES AND COSTS - 1

No. 2:16-cv-00922-MAT
10017.04 kj248504

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

## CERTIFICATE OF SERVICE

I certify that on the date noted below I electronically filed this document entitled REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:

<u>Counsel for Defendants</u>

George T. Hunter, WSBA # 14388
5900 48th Ave S
Seattle, WA 98118
Telephone: 206-851-7700
Email: gthunter7700@gmail.com

DATED this 27th day of October, 2017, at Seattle, Washington.

_____
Esmeralda Valenzuela, Legal Assistant

REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S
FEES AND COSTS - 2

No. 2:16-cv-00922-MAT
10017.04 kj248504

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961