# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>                Plaintiff,<br><br>  v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC,<br><br>      Defendant. | SUPPLEMENTAL JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C16-922 TSZ |

\_\_\_ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came on for consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff Fair Housing Center of Washington's Motion for Attorney's Fees and Costs, docket no. 62, is GRANTED in part and DENIED in part. Supplemental judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $184,741.01 in attorney's fees and costs.

Dated this 1st day of December, 2017.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk