# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

FAIR HOUSING CENTER OF WASHINGTON,

  Plaintiff,

v.

BREIER-SCHEETZ PROPERTIES, LLC, et al.

  Defendants.

C16-922 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court LIFTS the stay on Plaintiff's petition for order to show cause, docket no. 76 (the "Motion"), and RENOTES the Motion to Friday, July 27, 2018. Defendants Breier-Scheetz Properties, LLC and Frederick Scheetz shall have until Monday, July 23, 2018, to file a response to the Motion. Plaintiff may file a reply on or before the new noting date.

(2) Plaintiff's Motion for Reconsideration of Order Staying Petition for an Order to Show Cause, docket no. 80, is STRICKEN as moot.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 18th day of July, 2018.

  William M. McCool
  Clerk

  s/Karen Dews
  Deputy Clerk

MINUTE ORDER - 1