**RLI**
RLI Surety)
A Division of RLI Insurance Company
P.O. Box 3967  Peoria IL 61612-3967
Phone: 309-692-1000  Fax: 309-692-8637

BOND NO. __LSM1169069__

STATE OF __WASHINGTON__              IN THE __WESTERN DISTRICT__ COURT

COUNTY OF __KING__                   CASE NO. __C16-922 TSZ__

Plaintiff    FAIR HOUSING CENTER OF WASHINGTON

vs.

Defendant    BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,

**KNOW ALL MEN BY THESE PRESENTS:**

That we, __BREIER-SCHEETZ PROPERTIES, LLC and FREDERICK BREIER-SCHEETZ__, the above named Principal, and __RLI Insurance Company__, a corporation organized under the laws of the State of __Illinois__, and authorized to transact the business of surety in the State of __WASHINGTON__, as Surety, are held and firmly bound unto __FAIR HOUSING CENTER OF WASHINGTON__ in the just and full sum of __THREE HUNDRED TWENTY THOUSAND FIVE HUNDRED TWENTY FIVE AND 05/100__-------- Dollars (__$320,525.05__), for which sum, well and truly to be paid, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Sealed with our seals and dated this __20th__ day of __SEPTEMBER__, __2018__.

The condition of this obligation is such, that

WHEREAS, on the __29TH__ day of __AUGUST__, __2018__ a judgment was rendered by the __WESTERN DISTRICT__ Court of the State of __WASHINGTON__, in and for the County of __KING__, in the above entitled and numbered action in favor of the _____ Plaintiff(s) _____ and against the _____ Defendant(s) _____.

WHEREAS, said principal has appealed, or is about to appeal, to the __WESTERN DISTRICT__ Court of the State of __WASHINGTON__, from the above mentioned judgment and said principal desires to suspend execution of said judgment pending such appeal.

NOW, THEREFORE, the condition of this obligation is such that, if the above named principal, shall prosecute the appeal with effect and shall satisfy and perform the judgment or order appealed from, in case it shall be affirmed, then this obligation to be void; otherwise to remain in full force and effect.

BREIER-SCHEETZ PROPERTIES, LLC and
FREDERICK BREIER-SCHEETZ _____ (Seal)

Approved this ____ day of _____, ____    _[signature]_ _____ (Seal)

_____  Judge                              RLI Insurance Company
                                                By _[signature]_
                                                ELIZABETH R. HAHN      Attorney in Fact

J0014604-40,0

# POWER OF ATTORNEY

## RLI Insurance Company

9025 N. Lindbergh Dr.  Peoria, IL 61615
Phone:  800-645-2402

Bond No. __LSM1169069__

**Know All Men by These Presents:**

That __RLI Insurance Company__, a corporation organized and existing under the laws of the State of Illinois, and authorized and licensed to do business in all states and the District of Columbia does hereby make, constitute and appoint: __Elizabeth R Hahn__ in the City of __Bellevue__, State of __Washington__, its true and lawful Agent and Attorney in Fact, with full power and authority hereby conferred upon him/her to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds and undertakings in an amount not to exceed __Ten Million and 00/100__ Dollars ( __$10,000,000.00__ ) for any single obligation, and specifically for the following described bond.

| | |
|---|---|
| **Principal:** | Breier-Scheetz Properties, LLC |
| **Obligee:** | U S District Court Western District of WA At Seattle |
| **Type Bond:** | Supersedeas Bond |
| **Bond Amount:** | $320,525.05 |
| **Effective Date:** | September 20, 2018 |

__RLI Insurance Company__ further certifies that the following is a true and exact copy of a Resolution adopted by the Board of Directors of __RLI Insurance Company__, and now in force to-wit:

> "All bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, and Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies, or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney, or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, __RLI Insurance Company__ has caused these presents to be executed by its __Vice President__ with its corporate seal affixed this __20th__ day of __September__, __2018__.

RLI Insurance Company

_B. H W. D_ (signature)
Barton W. Davis — Vice President

State of @RLISTWLTR.
County of @RLICNTYLTR.  SS

On this __20th__ day of __September__, __2018__, before me, a Notary Public, personally appeared __Barton W. Davis__, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _Gretchen L Johnigk_ (signature)
Notary Public

GRETCHEN L JOHNIGK
"OFFICIAL SEAL"
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires May 26, 2020

### CERTIFICATE

I, the undersigned officer of **RLI Insurance Company**, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the **RLI Insurance Company** this @UNDERLINE.

RLI Insurance Company

By: _Jean M. Stephenson_ (signature)
Jean M. Stephenson — Corporate Secretary

A0033817



**RLI Insurance Company**
9025 N. Lindbergh Dr.  Peoria IL 61615
Phone: (309)692-1000  Fax: (309)683-1610

# ACKNOWLEDGEMENT OF SURETY

STATE OF     Washington
COUNTY OF     King
} ss.

On this __20th__ day of __September__, __2018__, before me, a Notary Public in and for said County, personally appeared __Elizabeth R Hahn__, personally known to me, who being by me duly sworn did say that he/she is the aforesaid Attorney In Fact of __RLI Insurance Company__ of Peoria, Illinois, corporations duly organized and existing under the laws of the State of Illinois, that the seal affixed to the foregoing instrument is the corporate seal of said corporation, that the said instrument was signed, sealed and executed in behalf of said corporation by authority of its Board of Directors, and further acknowledge that the said instrument and the execution thereof to be a voluntary act and deed of said corporation.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed by official seal the day and year last above written.

My Commission Expires:

01/12/2020

*Mindee L. Rankin*

Notary Public

A0034912