Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>  Plaintiff,<br><br>  v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>  Defendants. | No. 2:16-cv-00922-TSZ<br><br>PLAINTIFF'S SECOND PETITION FOR AN ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CIVIL CONTEMPT AND FOR ACTUAL AND PUNITIVE DAMAGES AND OTHER RELIEF<br><br>**NOTE ON MOTION CALENDAR: October 19, 2018** |

NOW COMES THE PLAINTIFF, the Fair Housing Center of Washington, and hereby moves this Honorable Court for entry of a Second Order to Show Cause why defendants Breier-Scheetz Properties, LLC and Frederick Breier-Scheetz should not be held in contempt of court for violating this Court's injunction entered October 6, 2017 [Docket Entry 61] as reaffirmed by Order dated August 29, 2018 [Docket Entry 91].

In an extraordinary display of contempt for the law and for this Court's orders, the Defendants continue to maintain their policy of prohibiting a woman with a child from renting an efficiency apartment at the Granada. On September 26, 2018 at 3:46 pm, the Fair Housing Center of Washington once again tested Granada Apartments to see if it has finally complied with this Court's rulings. It has not.

PLAINTIFF'S SECOND PETITION FOR AN ORDER
TO SHOW CAUSE WHY DEFENDANTS
SHOULD NOT BE HELD IN CIVIL CONTEMPT
No. 2:16-cv-00922-TSZ
10017.04 lj031101

**MACDONALD HOAGUE & BAYLESS**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

**The Efficiency Apartment Test – September 26, 2018**

On September 26, 2018, at 3:46 pm, Tester #502 called the rental office of the Granada Apartments. The call was immediately answered by a female who identified herself as "Suzie" and stated that she was the manager. The Tester identified herself by name and stated that she was looking to find a studio apartment for herself and her son. The manager stated that there were no studios available and even if there were, they would not be rented to two people. She went on to say the property was a small family owned business and the owner made the decision not to rent a studio to two people. The Tester inquired if it would make a difference if her son was a "little guy." Suzie said that would not make a difference. She went on to say the management has found that when a studio is rented to two people they tend to not stay long. The conversation ended at 3:47 pm and the Tester prepared her written test report at 4:30 pm that same day. The Sworn Declaration of Tester #502 is attached hereto as Exhibit 1.

This blatant violation of this Court's orders comes after one civil contempt petition has already been filed and after this Court by Order dated August 29, 2018, granted Plaintiff's Petition for an Order to Show Cause, upheld the validity of the injunction entered almost one year ago on October 6, 2017, and refused to stay its enforcement.

It is now apparent that nothing short of incarceration will compel the Defendants to comply with the law and respect this Court's orders. Plaintiff respectfully requests that this Court grant their Second Petition for an Order to Show Cause why Defendants should not be held in contempt; schedule a hearing on the two contempt petitions; and upon a finding that the Defendants have willfully violated this Court's Orders, award Plaintiff additional punitive

///
///
///
///
///

PLAINTIFF'S SECOND PETITION FOR AN ORDER
TO SHOW CAUSE WHY DEFENDANTS
SHOULD NOT BE HELD IN CIVIL CONTEMPT
No. 2:16-cv-00922-TSZ
10017.04 lj031101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1  damages in the amount of $5,000,000 (since the threat of a $1,000,000 award did not change its
2  conduct) and incarcerate Defendant Frederick Breier-Scheetz until such time as he has complied
3  with this Court's Orders.
4      DATED this 4th day of October, 2018.

    MacDONALD HOAGUE & BAYLESS

By: */s/ Jeffrey L. Taren*
    Jesse Wing, WSBA #27751
    JesseW@MHB.com
    Jeffrey L. Taren, WSBA #50275
    JeffreyT@mhb.com
    705 Second Avenue, 15th Floor
    Seattle, Washington 98104
    Phone: (206) 622-1604 | Fax: (206) 343-3961
*Attorneys for Plaintiff*

PLAINTIFF'S SECOND PETITION FOR AN ORDER
TO SHOW CAUSE WHY DEFENDANTS
SHOULD NOT BE HELD IN CIVIL CONTEMPT
No. 2:16-cv-00922-TSZ
10017.04 lj031101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

**CERTIFICATE OF SERVICE**

I certify that on the date noted below I electronically filed this document entitled *Plaintiff's Second Petition for An Order To Show Cause Why Defendants Should Not Be Held In Civil Contempt and For Actual and Punitive Damages and Other Relief* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

George T. Hunter:   gthunter7700@gmail.com

Dated: October 4, 2018

*/s/ Jeffrey L. Taren*
Jeffrey L. Taren, WSBA #50275
PLAINTIFF'S SECOND PETITION FOR AN ORDER
TO SHOW CAUSE WHY DEFENDANTS
SHOULD NOT BE HELD IN CIVIL CONTEMPT
No. 2:16-cv-00922-TSZ
10017.04 lj031101

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961