# EXHIBIT 1

Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>Defendants. | No. 2:16-cv-00922-MAT<br><br>DECLARATION OF TESTER 502 IN SUPPORT OF PLAINTIFF'S SECOND PETITION FOR AN ORDER TO SHOW CAUSE |

I, Tester 502, declare as follows:

1. I am over the age of 18 and am competent to testify.

2. I was trained in fair housing and testing methodology when I first started working with FHCW. I periodically receive on-going refresher training about the Center's policies and procedures. This is often done on a one-on-one or group basis.

3. I performed a telephone test of Granada Apartments on September 26, 2018 at 3:46 pm.

5. At that time I called the Granada Apartments located at 1736 Belmont Ave., Seattle, WA 98122, telephone number 206-324-6655. The call was immediately answered by a female who identified herself as "Susie" and stated that she was the manager. I identified myself by name and stated that I was looking to find a studio apartment for myself and my son. Susie stated that there were no studios available and even if there were they would not be rented to two people.

DECLARATION OF TESTER 502 IN SUPPORT OF PLAINTIFF'S
SECOND PETITION FOR AN ORDER TO SHOW CAUSE
No. 2:16-cv-00922-MAT

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

She went on to tell me that the property was a small family owned business and the owner made the decision not to rent a studio to two people. I inquired if it would make a difference if my son was a little guy. Susie said that would not make a difference. She went on to say the management has found that when a studio is rented to two people they tend to not stay long. The conversation ended at 3:47 pm.

6. I wrote a narrative report of the test at 4:30 pm on the same day that it took place.

I declare under penalty of perjury of the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 1st day of Oct, 2018, at Tacoma, Washington.

_Christine M. Haign_
Tester 502

DECLARATION OF TESTER 502 IN SUPPORT OF PLAINTIFF'S
SECOND PETITION FOR AN ORDER TO SHOW CAUSE
No. 2:16-cv-00922-MAT

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961