UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual, <br><br> Defendants. | C16-922 TSZ <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)  The Court LIFTS the stay previously imposed on Plaintiff's Petition for an Order to Show Cause Why Defendants Should Not Be Held in Civil Contempt, docket no. 91, in light of the United States Court of Appeals for the Ninth Circuit's resolution of Defendants' appeal, docket no. 97.

(2)  Defendants may file a supplemental response to Plaintiff's Second Petition for an Order to Show Cause Why Defendants Should Not Be Held in Civil Contempt, docket no. 93, by December 31, 2018.  Plaintiff is ORDERED to file a reply brief in support of its petition indicating whether—and to what extent, if any—it still seeks an order to show cause in light of Defendants' apparent shift in policy as of October 15, 2018, Declaration of George Hunter, docket no. 95, ¶ 2, and the Court of Appeals' decision dated November 19, 2018.  The Reply should be filed by January 4, 2019.  The petition, docket no. 93, is RENOTED to January 4, 2019.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of December, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2