

**FILED**

JAN 14 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, a Washington corporation and FREDERICK BREIER-SCHEETZ, an individual,<br><br>　　　　Defendants-Appellants. | No.　17-35898<br><br>D.C. No. 2:16-cv-00922-TSZ<br><br>ORDER |

Before: BLACK,* PAEZ, and BEA, Circuit Judges.

The Fair Housing Center of Washington's motion to withdraw its Memorandum for Attorney's Fees is GRANTED.

---

　　*　The Honorable Susan H. Black, United States Circuit Judge for the U.S. Court of Appeals for the Eleventh Circuit, sitting by designation.