UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAIR HOUSING CENTER OF
WASHINGTON,

               Plaintiff,

  v.

BREIER-SCHEETZ PROPERTIES,
LLC, et al.,

               Defendants.

C16-922 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    The Court SETS a hearing on February 14, 2019, at 10:30 a.m. on Plaintiff's Second Petition for an Order to Show Cause, docket no. 93. Defendants are ORDERED to show cause why the Court should not hold Defendants in contempt of this Court's Order of October 6, 2017. The Petition, docket no. 93, is re-noted to February 14, 2019.

     (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

     Dated this 30th day of January, 2019.

                                                William M. McCool
                                               Clerk

                                               s/Karen Dews
                                               Deputy Clerk

MINUTE ORDER - 1