Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

FAIR HOUSING CENTER OF
WASHINGTON,

                Plaintiff,

        v.

BREIER-SCHEETZ PROPERTIES, LLC, a
Washington corporation; and FREDERICK
BREIER-SCHEETZ, an individual,

                Defendants.

No. C16-922-TSZ

**PLAINTIFF'S NOTICE OF
SETTLEMENT OF ATTORNEY'S FEES
AND COSTS**

      NOW COME THE PARTIES, by their attorneys, and hereby advise the Court that they

have settled any and all disputes regarding the amount of attorney's fees and costs to be paid by

Defendants in connection with this Court's Order of May 6, 2019, Docket Entry No. 112.

By: */s/Jesse Wing*_____
    Jeffrey L. Taren, WSBA #50275
    JeffreyT@mhb.com
    Jesse Wing, WSBA #27751
    JesseW@MHB.com
    705 Second Avenue, 15th Floor
    Seattle, Washington 98104
    Phone:  (206) 622-1604 | Fax:  (206) 343-3961
    *Attorneys for Plaintiff*

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

By: */s/George Hunter*

George Hunter, WSBA # 14388
5900 48th Avenue South
Seattle, WA 98118
Gthunter7700@gmail.com
*Attorneys for Defendants*

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961

1

## CERTIFICATE OF SERVICE

2

I certify that on the date noted below I electronically filed this document entitled *Plaintiff's*

3

*Notice of Settlement of Attorney's Fees* with the Clerk of the Court using the CM/ECF system,

4

which will send notification of such filing to the following CM/ECF participant:

5

George T. Hunter:      gthunter7700@gmail.com

6

Dated:  May 20, 2019

7

8

/s/ Jesse Wing
Jesse Wing, WSBA #27751

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**MacDonald Hoague & Bayless**
705 Second Avenue, Suite 1500
Seattle, Washington  98104
Tel 206.622.1604  Fax 206.343.3961