HON. THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>        Plaintiff,<br><br>v.<br><br>BREIR-SCHEETZ PROPERTIES, LLC, a Washington corporation; and FREDERICK BREIER-SCHEETZ, an individual,<br><br>        Defendants. | NO: 2:16-cv-00922 TSZ<br><br>STIPULATION FOR ORDER RE-NOTING PLAINTIFF'S THIRD MOTION FOR ORDER TO SHOW CAUSE |

Plaintiff and Defendants hereby stipulate to the entry of an Order Re-Noting Plaintiff's Third Motion for Order to Show Cause for December 6, 2019. This stipulation is supported by the attached Declaration of George Hunter.

DATED: November 15, 2019

STIPULATION AND ORDER
TO RE-NOTE (2:16-cv-00922 TSZ)    Page 1 of 3

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

| | |
|---|---|
| By: /s/*Jesse Wing*<br>Jesse Wing, WSBA #27751<br>JesseW@MHB.com<br>Jeffrey L. Taren, WSBA #50275<br>JeffreyT@mhb.com<br>705 Second Avenue, 15th Floor<br>Seattle, WA 98104<br>Phone: 206-622-1604<br>Attorneys for Plaintiff | By: /s/*George Hunter*<br>George Hunter, WSBA #14388<br>5900 48th Ave. South<br>Seattle, WA 98118<br>gthunter7700@gmail.com<br>Phone: 206-851-7700<br>Attorney for Defendants |

STIPULATION AND ORDER
TO RE-NOTE (2:16-cv-00922 TSZ) Page 2 of 3

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700

## ORDER RE-NOTING PLAINTIFF'S THIRD MOTION FOR ORDER TO SHOW CAUSE

Based on the above stipulation of the parties, docket no. 117, the Court hereby ORDERS that Plaintiff's Third Motion for Order to Show Cause originally noted for hearing on November 15, 2019, is re-noted for hearing on December 6, 2019. Any response by Defendant shall be filed by November 29, 2019. Any reply shall be filed by the new noting date.

DATED this 25th day of November, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

/s/*George T. Hunter*
George T. Hunter
WSBA No. 14388
5900 48th Ave. South
Seattle, WA 98118
Phone: 206.851.7700
Email: gthunter7700@gmail.com
Attorney for Defendants

/s/*Jesse Wing*
Jesse Wing
WSBA No. 27751
Email: JesseW@MHB.com
Jeffrey L. Taren
WSBA No. 50275
Email: JeffreyT@mhb.com
701 Second Avenue, Suite 1500
Seattle, WA 98104
Phone: 206.622.1604
FAX: 206.343.3961
Attorneys for Plaintiff

STIPULATION AND ORDER
TO RE-NOTE (2:16-cv-00922 TSZ)   Page 3 of 3

GEORGE T. HUNTER ATTORNEY AT LAW
5900 48th Ave. South
Seattle, WA 98118
206.851.7700