UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FAIR HOUSING CENTER OF WASHINGTON,<br><br>                   Plaintiff,<br><br>   v.<br><br>BREIER-SCHEETZ PROPERTIES, LLC, et al.,<br><br>                  Defendants. | C16-922 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Third Petition for an Order to Show Cause, docket no. 115, is DENIED. The defendants have substantially complied with the Court's order regarding training. *See* Von Doemming Decl., docket no. 124.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of January, 2020.

                                              William M. McCool
                                              Clerk

                                              s/Karen Dews
                                              Deputy Clerk

MINUTE ORDER - 1